UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Petitioner,

                                            MISC. NO. 12-mc-50022

-vs-

                                            HON. ROBERT H. CLELAND

BART J. WINGBLAD,

        Respondent.
_____/

STIPULATED
ORDER AND JUDGMENT

      IT IS HEREBY STIPULATED AND AGREED to by the parties, United States of America, and the respondent, Bart J. Wingblad, by and through their undersigned attorneys as follows:

      IT IS ORDERED that the Petition to Enforce Internal Revenue Service Summons is GRANTED; and it is further

      ORDERED that the respondent, Bart J. Wingblad, will appear before Revenue Officer Rebecca Mayer or her designated representative at 10:00 a.m. on May 17, 2012, at 38275 W. Twelve Mile Road, Suite 200, Farmington Hills, Michigan, then and there to be sworn, to give testimony, and to produce for examination and copying the books, records, papers and other data demanded by the attached summons served

upon Bart J. Wingblad on June 30, 2011, the examination to continue from day to day until completed.

                                      BARBARA L. McQUADE
                                      United States Attorney

| */s/ Harold Dunne (w/consent)* | */s/ Andrew J. Lievense* |
|---|---|
| HAROLD DUNNE (P36786) | ANDREW J. LIEVENSE (P68925) |
| Counsel for the Respondent | Assistant United States Attorney |
| P. O. Box 531090 | 211 W. Fort Street |
| Livonia, MI  48153-1090 | Suite 2001 |
| (248) 426-9236 | Detroit, MI 48226 |
| hdunne@sbcglobal.net | (313) 226-9665 |
|  | andrew.lievense@usdoj.gov |

Dated:  May 2, 2012

IT IS SO ORDERED.

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      United States District Judge

Entered: 5/9/2012